UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES N. CLEMONS,

    Petitioner,

                                             Case No. 1:06-cv-220

v

                                             Hon. Wendell A. Miles

KENNETH McKEE, Warden,

    Respondent.

_____/

## JUDGMENT

The petition for writ of habeas corpus is denied.

Entered this 22nd day of December, 2008.

                                                                /s/ Wendell A. Miles
                                                           Wendell A. Miles, Senior Judge